FILED: December 22, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4674
(1:25-cr-00272-MSN-WEF-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

JAMES BRIEN COMEY, JR.

   Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:25-cr-00272-MSN-WEF-1 |
| Date notice of appeal filed in originating court: | 12/19/2025 |
| Appellant | United States |
| Appellate Case Number | 25-4674 |
| Case Manager | A. Walker<br>804-916-2702 |