**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 6, 2026

_____

RESPONSE REQUESTED

_____

No. 25-4674,  US v. James Comey, Jr.
             1:25-cr-00272-MSN-WEF-1

TO:   James Brien Comey

RESPONSE DUE: 01/16/2026

Response is required to the combined motion to consolidate and extend filing time on or before 01/16/2026.

A. Walker, Deputy Clerk
804-916-2702