# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 9, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 25-4674,    <u>US v. James Comey, Jr.</u>
1:25-cr-00272-MSN-WEF-1

TO:     James Brien Comey

FILING CORRECTION DUE:  January 12, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[ x ] Incorrect event used. Please refile document using the **"response w/combined motion"** entry and select the appropriate motion reliefs:
- Additional argument time
- File separate briefs

A. Walker, Deputy Clerk
804-916-2702