IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES B. COMEY, JR.,<br><br>*Defendant.* | No. 25-4674 |

## REPLY IN SUPPORT OF COMBINED MOTION TO CONSOLIDATE APPEALS AND TO EXTEND THE TIME FOR FILING THE OPENING BRIEF

The United States has moved to consolidate this appeal with *United States. v. James*, No. 25-4673, because they raise the exact same issue on the merits and almost the same remedial issues. The United States has also moved for a brief 14-day extension of time for the opening brief. Ordinarily, such modest and common-sense requests, as this Court has generally administered Fourth Circuit Rule 31(c), would be consented-to and granted as a matter of course, and as a matter of professional courtesy. But Mr. Comey has chosen to oppose them both. His opposition only confirms that they both should be granted.

As for the extension, Mr. Comey does not dispute that undersigned counsel will lose two weeks that otherwise would have been available to

1

prepare the opening brief and appendix because of his vacation, and because of the holidays. Mr. Comey is wrong to suggest (at 8) that the Court should reject that modest and reasonable request because counsel should have started working on the appeal before there was an appeal. A brief extension will also not materially prejudice Mr. Comey's interest in prompt resolution of this appeal.

As for consolidation, Ms. Comey (at 6) identifies only one difference in the issues in this case: a statute-of-limitations argument that applies to his situation but not Ms. James'. The fact that Mr. Comey has only one additional argument, discussion of which occupied barely a page of the district court's 29-page opinion *see* Dkt. 213, at 26-27—and that Mr. Comey (at 11) vows to devote "a substantial number of pages" in his brief to this ancillary point—confirms that the Court need not burden itself with two separate, largely duplicative 13,000-word briefs from the defendants in these cases to resolve them.

## CONCLUSION

The Court should consolidate this appeal with *United States v. James*, No. 25-4673, and extend the deadline for the opening brief and appendix by 14 days.

Respectfully submitted,

/s/ Henry C. Whitaker_____

Henry C. Whitaker
Counselor to the Attorney General
950 Pennsylvania Ave. NW Rm. 5134
Washington, D.C. 20530
Tel: (202) 445-8942
henry.whitaker@usdoj.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ Henry C. Whitaker_____

Henry C. Whitaker
Counselor to the Attorney General