FILED: March 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

LETITIA JAMES

       Defendant - Appellee

------------------------------

UNIFY.US

       Amicus Supporting Appellant

and

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS

       Amicus Supporting Appellee

_____

O R D E R

_____

       Virginia Association of Criminal Defense Lawyers has filed an amicus curiae brief with the consent of the parties.

       The court accepts the brief for filing.

                                          For the Court--By Direction

                                          /s/ Nwamaka Anowi, Clerk