**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 11, 2026

_____

RESPONSE REQUESTED

_____

No.  25-4673 (L), US v. Letitia James
2:25-cr-00122-JKW-DEM-1

TO:     United States of America

RESPONSE DUE: 03/11/2026

Response is required to the motion to file amicus brief on or before 03/11/2026.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

A. Walker, Deputy Clerk
804-916-2702