Nos. 25-4673 (L) and 25-4674

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellant
v.
LETITIA JAMES,
Defendant-Appellee

UNITED STATES OF AMERICA,
Plaintiff-Appellant
v.
JAMES COMEY, JR.,
Defendant-Appellee

On Appeal from the United States District Court for the
Eastern District of Virginia, Nos. 2:25-CR-122, 1:25-CR-272

## RESPONSE TO MOTION FOR LEAVE TO FILE
## AMICUS CURIAE BRIEF

PAMELA BONDI
  Attorney General

TODD W. BLANCHE
  Deputy Attorney General

HENRY C. WHITAKER
  Counselor to the Attorney General
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Tel: (202) 445-8942
henry.whitaker@usdoj.gov

**RESPONSE TO MOTION**

The United States does not oppose the motion for leave to file brief of amici curiae bipartisan former federal judges and former United States Attorneys in support of defendants-appellees, Doc. 34.


March 11, 2026                                    Respectfully submitted,


                                    PAMELA BONDI
                                      Attorney General

                                    TODD W. BLANCHE
                                      Deputy Attorney General

                                    /S/ *Henry C. Whitaker*
                                    HENRY C. WHITAKER
                                      Counselor to the Attorney General
                                    950 Pennsylvania Ave. NW
                                    Washington, D.C. 20530
                                    Tel: (202) 445-8942
                                    henry.whitaker@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1.     This response complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 34 words.

2.     This response complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Calisto MT 14-point font.

Dated:     March 11, 2026

/s/ *Henry C. Whitaker*
HENRY C. WHITAKER

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the Fourth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Henry C. Whitaker*
HENRY C. WHITAKER

3