FILED: August 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellant

v.

LETITIA JAMES

        Defendant - Appellee

-------------------------------

UNIFY.US

        Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS

        Amici Supporting Appellee

_____

No. 25-4674
(1:25-cr-00272-MSN-WEF-1)

_____

UNITED STATES OF AMERICA

     Plaintiff - Appellant

v.

JAMES BRIEN COMEY, JR.

     Defendant - Appellee

------------------------------

UNIFY.US

     Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC
LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS
EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS
DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY
TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF
CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER
UNITED STATES ATTORNEYS

     Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of appellees' motion for additional argument time, the

court grants the motion and will allow each appellee 20 minutes of argument time,

and will allow the appellant an additional 20 minutes.

For the Court

/s/ Nwamaka Anowi, Clerk