FILED: November 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-4673 (L)
(2:25-cr-00122-JKW-DEM-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

LETITIA JAMES

Defendant - Appellee

------------------------------

UNIFY.US

Amicus Supporting Appellant

VIRGINIA ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; PACIFIC LEGAL FOUNDATION; SOCIETY FOR THE RULE OF LAW, ITS EXECUTIVE DIRECTOR GREGG NUNZIATA, AND CHARTER MEMBERS DONALD AYER, STUART GERSON, ALAN RAUL, AND STANLEY TWARDY, JR.; BIPARTISAN CURRENT AND FORMER MEMBERS OF CONGRESS; BIPARTISAN FORMER FEDERAL JUDGES AND FORMER UNITED STATES ATTORNEYS

Amici Supporting Appellee

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk